**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| CARROLL JOHNSON, ADC # 138237 | PLAINTIFF |
| V.    No. 4:08CV04206 JLH-JJV | |
| PAT O'BRIEN, Clerk, Pulaski County Circuit Court; and DAWN BAKER, Employee, Pulaski County Circuit Court | DEFENDANTS |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Johnson's Complaint (Doc. No. 1) is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Judgment and this Order adopting the recommendations would not be taken in good faith.

DATED this 2nd day of December, 2010.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE