**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CARROLL JOHNSON,                                                                                              PLAINTIFF
ADC # 138237

V.                                    No. 4:08CV04206 JLH-JJV

PAT O'BRIEN, Clerk, Pulaski County Circuit
Court; and DAWN BAKER, Employee,
Pulaski County Circuit Court                                                                              DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 2nd day of December, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE