## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CARROLL JOHNSON,                                                                                    PLAINTIFF
ADC # 138237

v.                                             No. 4:08CV04206 JLH-JJV

PAT O'BRIEN, Clerk, Pulaski County Circuit
Court; and DAWN BAKER, Employee,
Pulaski County Circuit Court                                                                        DEFENDANTS

### ORDER

Carroll Johnson's motion for reconsideration is DENIED.  Document #51.

IT IS SO ORDERED this 15th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE